Gaetano Talevi, as Administrator, etc., of Pietro Talevi, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Woodward and Rich, JJ., concurred; Thomas, J., voted for reversal for error in refusing to charge defendant's second request at folios 192 and 193.

Frank J. Whidbee, Appellant, v. Foster Pump Works and Others, Respondents.— Judgment and order affirmed by default, with costs. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

George Wiener, Respondent, v. Rosabella Bass and Sophie Lemberg, Defendants, Impleaded with Leon Lemberg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Willis H. Winn and Frank E. Francisco, Respondents, v. Louis Jacobs, Appellant, Impleaded with Stephen Conway, Defendant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Abraham Yablonsky, Appellant, v. Max Fishkin, Respondent.— Order of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Harry E. Aronson, Appellant, v. Aaron Radin, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Elizabeth Berwanger, an Infant, by Charles Berwanger, Her Guardian ad Litem, Respondent, v. American Ice Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of A. Lincoln Bernstein, an Attorney.— Motion granted, and reference ordered to Richards Mott Cahoone, Esq., to take testimony and report thereon with his opinion. Edward A. Freshman, Esq., is assigned to conduct such proceedings. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application of Hamilton R. Halsey for Payment of Award Made in Proceedings for Acquiring Title to Premises on Main Street, etc., Elmhurst, Queens Borough, for a School Site.— William Murray, Esq., appointed guardian ad litem. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Application of Isaac B. Owens for Admission to the Bar.— Application granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.